UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RAMIREZ ROBLES, | ) CV 10-6702-CW |
| | ) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings consistent with the Memorandum & Order, pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: August 5, 2011

_____
CARLA WOEHRLE
UNITED STATES MAGISTRATE JUDGE