1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICES OF SUSAN R. WASSERMAN
2  5055 Wilshire Blvd., Suite 340
   Los Angeles, CA 90036
3  Telephone: 323-954-9600
   Fax: 323-954-9616
4  E-mail: lawoffice5750@aol.com

5  Attorney for Plaintiff

6

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12  JORGE RAMIREZ ROBLES,            )   NO. CV 10-6701 CW
                                     )
13           Plaintiff,              )   [PROPOSED] ORDER
                                     )   AWARDING EQUAL ACCESS
14       vs.                         )   TO JUSTICE ACT ATTORNEY
                                     )   FEES PURSUANT TO 28 U.S.C.
15                                   )   § 2412(d)
    MICHAEL J. ASTRUE, Commissioner  )
16  of the Social Security Administration, )
                                     )
17           Defendant.              )
    _____ )
18

19       IT IS ORDERED that EAJA fees are awarded in the amount of three thousand,

20  two hundred dollars and no cents ($3,200.00), subject to the provisions of the EAJA.

21

22

23  Dated: September 26, 2011      _____

24                                THE HONORABLE CARLA M. WOEHRLE
                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28