JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE RAMIREZ ROBLES,<br><br>             Plaintiff,<br><br>         vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>             Defendant.<br>_____ | NO. CV 10-6701 CW<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, two hundred dollars and no cents ($3,200.00), subject to the provisions of the EAJA.

Dated: September 26, 2011    _____

THE HONORABLE CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE